ORIGINAL

MEMO ENDORSED



# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

November 1, 2022

**John M. Harras**
Partner
jharras@vandallp.com

<u>VIA ELECTRONIC CASE FILING</u>

Honorable Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al.*
      *v. CNC Associates of N.Y., Inc., et al.*, **Case No. 22 CV 0327 (LLS)**

Dear Judge Stanton:

This firm represents Plaintiffs in the above captioned matter. Plaintiffs write jointly with Defendants to respectfully request a 60-day adjournment of the November 4, 2022 status conference in this action and a 60-day extension of the January 6, 2023 discovery deadline, as the parties have settled this matter in principle.

On October 31, 2022, counsel for the parties agreed on the terms of a settlement of this action. Plaintiffs require time for their respective Boards of Trustees to review those terms and to formally vote on whether to adopt the proposed terms of settlement. Assuming the Boards of Trustees of Plaintiffs adopt the settlement proposal, the parties require time to draft and execute a written agreement before filing a stipulation of dismissal.

Accordingly, the parties respectfully request an adjournment of the November 4, 2022 conference to a time convenient for the Court in January 2023 and an extension of the discovery deadline from January 6, 2023 to March 7, 2023 to facilitate the settlement of this action.

Respectfully submitted,

*John M. Harras*
John M. Harras

cc: Counsel of Record (via ECF)

---

*Handwritten endorsement:* Adjourned to Jan. 13, '23 at 12:30 PM  LLS

*So Ordered*
Louis L. Stanton
11/2/22

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 11/2/22