ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,        22 Civ. 0327 (LLS)
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY CARPENTERS         ORDER
RELIEF AND CHARITY FUND, and
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                         Plaintiffs,

           - against -

CNC ASSOCIATES N.Y., INC., DIRECT
BUILDERS SUPPLY COMPNAY, INC., CNC
CABINERY, INC., CCP OWNER LLC, KENTILE
INDUSTRIAL PARK LLC,

                         Defendants.
```

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/23

The Court having been informed that this action has been settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated: New York, New York
       January 13, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.